UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ARTHUR A. ABSTON,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )          No. 3:22-CV-394-TAV-JEM
                                     )
ROANE COUNTY, TN,                    )
                                     )
            Defendant.               )

## REPORT AND RECOMMENDATION

This case is before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this

Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs

("Application") [Doc. 1]. The Court **RECOMMENDS** that the District Judge **DENY** Plaintiff's

Application [**Doc. 1**].

By way of background, on November 14, 2022, the Court entered an Order directing

Plaintiff to pay the full filing fee or submit the necessary documents in support of his Application

[Doc. 4]. A prisoner seeking to proceed in forma pauperis must file an (1) an application to proceed

in forma pauperis without payment and (2) a certified copy of his inmate trust account for the

previous six-month period (or institutional equivalent). 28 U.S.C. § 1915(a)(2). On December 5,

2022, Plaintiff filed a letter stating that there had been zero deposits in his account for the past

three months [Doc. 5 p. 1]. He attached a certificate stating that his average balance was $89.17

for the last six months [*Id*. at 3]. The certificate states that a copy of the trust fund account for the

last six months is attached hereto; however, it is not [*Id*.].

The Court ordered Plaintiff to file a copy of his trust fund account for the last six months

on or before **February 24, 2023** [Doc. 8]. The Court informed Plaintiff that if he failed to fully

and timely comply with the Order, the Court would presume that Plaintiff is not a pauper, assess the full amount of fees, and order the case dismissed for want of prosecution should he not pay the fees. Plaintiff has not complied with the Court's Order.

At the same time, the Court also found that Plaintiff's Complaint [Doc. 2] does not meet the requirements necessary to survive screening under 28 U.S.C. § 1915, but it allowed Plaintiff until February 24, 2023, to file an amended Complaint because he requested leave to amend [*See* Doc. 8 pp. 2–4]. Plaintiff did not file an amended complaint by February 24, 2023.

Accordingly, the Court **RECOMMENDS** that the District Judge **DENY** Plaintiff's Application [**Doc. 1**].[1] The Court further **RECOMMENDS** that Plaintiff be afforded twenty-one (21) days to pay the filing fee and file an amended complaint for purposes of screening, *see Smith v. Washington*, No. 2:18-CV-10736, 2018 WL 4030809, at *2 (E.D. Mich. Aug. 23, 2018) (explaining that when a prisoner prepays the filing fee, the Court is required to screen the complaint pursuant to 42 U.S.C. § 1915A), and advised that the failure to do so will result in a dismissal of his case without prejudice. *See Young v. Cameron*, No. 3:20-CV-680-DJH, 2020 WL 13093863, at *2 (W.D. Ky. Oct. 13, 2020) (directing the plaintiff to pay the filing fee or file a fully completed in forma pauperis form and warning that failure to do so would result in dismissal of the action without prejudice); *Washington v. Berryhill*, No. 18-2385-SHM-TMP, 2018 WL 11260461, at *1

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Civ. P. 72(b)(2). Such objections must conform to the requirements of Federal Rule of Civil Procedure 72(b). Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 153–54 (1985). "[T]he district court need not provide *de novo* review where objections [to the Report and Recommendation] are '[f]rivolous, conclusive or general.'" *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982)). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed. of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).

2

(W.D. Tenn. June 5, 2018) ("If the plaintiff fails to file a properly completed *in forma pauperis* application or pay the filing fee within thirty days, his complaint may be dismissed without prejudice.").

Respectfully submitted,

Jill E. McCook
United States Magistrate Judge